July 21-2015

FILED IN
14th COURT OF APPEALS
HOUSTON TEXAS

JUL 27 2015

CHRISTOPHER A. PRINE
CLERK

MAILED
7.22.15

To the Clerk of the Fourteenth Court of Appeals

This letter is to Notify you that I, Jarvae Earl
Lucas, in Case # PE:14-15-00145-CR Change of address

New address is 9055 Spur 591, Beaumont, Cell O25
Amarillo, Texas 79107

Humbly submitted on the 21 day
of July 2015 Signed By Jarvae Earl Lucas

Thank you